UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LILLIANA MENDOZA-LEBRON, HARVEY
MENDOZA, ETHEL OLIPHANT, JIM HAMLIN-
MCLEOD, ELVIRA BELTREZ-TAVAREZ,
FRANCISCO TAVAREZ, JUNIOR BECKFORD,

                              Plaintiffs,

              -against-

ERIC ADAMS, IN HIS CAPACITY AS MAYOR
OF THE CITY OF NEW YORK, ROHIT T.
AGGARWALA, IN HIS CAPACITY AS
COMMISSIONER OF THE NYC DEPARTMENT
OF ENVIRONMENTAL PROTECTION, AND
NEW YORK CITY WATER BOARD,

                              Defendants.
------------------------------------------------------------------X

**STIPULATION**

24 CV 5154 (HG)

**WHEREAS**, four plaintiffs who own three of the five properties that are the subject of this action filed a motion for a temporary restraining order ("TRO") and preliminary injunction ("PI") on July 25, 2024 (Dkt. No. 2), in the above-captioned action, seeking an injunction barring the New York City Department of Environmental Protection ("DEP"), acting as an agent of defendant New York City Water Board ("Water Board") from shutting off movants' respective water service; and

**WHEREAS**, the Court granted the TRO on July 26, 2024 (Dkt. No. 9); and

**WHEREAS**, the Court both expanded and extended the TRO on consent of the parties, and the TRO is in effect for all plaintiffs until October 16, 2024 (Orders dated July 29, 2024 and August 6, 2024); and

**WHEREAS**, plaintiffs have each submitted to DEP documentation in support of their individual applications for exemptions from the water shut-off process; and

1

**WHEREAS**, based on that documentation, DEP has determined that each plaintiff qualifies for an exemption from the water shut-off process; and

**WHEREAS**, the exemption eligibility for plaintiff Hamlin-McLeod, who owns and resides at 110 Hampton Green, Staten Island, NY, expires on June 21, 2025, when the resident youngest family member reaches the age of six (6) years old; and

**WHEREAS**, DEP will consider additional evidence of exemption eligibility for plaintiff Hamlin-McLeod if such is submitted; and

**WHEREAS**, based on the documentation submitted by plaintiffs, the exemption eligibilities for the remaining plaintiffs at the remaining four households have no expiration date at this time,

**NOW, THEREFORE**, it is hereby **STIPULATED AND AGREED** by and between counsel for the parties as follows:

1. The PI motion filed on July 25, 2024 is hereby resolved by this stipulation.

2. Subject to paragraph 4 below and during the pendency of this litigation, Plaintiffs' water service will not be interrupted and exemptions from water shut off will remain in effect consistent with the Whereas clauses set forth above.

3. Exemption from water service termination shall be effective at the Plaintiffs' addresses, listed as follows:

    - 25-18 Curtis Street, East Elmhurst, NY (Mendoza-Lebron/Mendoza residence)
    - 110 Hampton Green, Staten Island, NY (Hamlin-McLeod residence)
    - 2439 89th Street, East Elmhurst, NY (Beltrez-Tavarez/Tavarez residence)
    - 1602 East 49th Street, Brooklyn, NY (Beckford residence)

- 122 Marcus Garvey Blvd, Brooklyn, NY (Oliphant residence)

4. During the pendency of this litigation, if any of the Defendants conclude the exemption from termination should not be continued for any of the properties listed above other than the Hamlin-McLeod residence at 110 Hampton Green, Staten Island, Defendants will notify counsel for Plaintiffs at least 30 days prior to any water shut off.

5. After execution, the parties shall notify the Court of this stipulation and jointly request that the October 16, 2024 appearance, adjourned *sine die* by minute entry of the Court dated September 6, 2024, be cancelled because the relief sought by the preliminary injunction application is resolved by this stipulation.

6. Electronic signatures hereon shall be considered the equivalent of originals.

Dated: September 25, 2024  
New York, New York

September 26, 2024

BROOKLYN LEGAL SERVICES  
LEGAL SERVICES NYC  
Attorneys for Plaintiffs  
29 Albany Avenue, 2nd floor  
Brooklyn, NY 11216  
jgriffin@lsnyc.org  
718-233-6442

By: _____  
JACQUELYN L. GRIFFIN  
Senior Staff Attorney

MURIEL GOODE-TRUFANT  
Acting Corporation Counsel of the  
City of New York  
Attorney for Defendants  
100 Church Street  
New York, New York 10007  
212-356-2179  
aweinbla@law.nyc.gov

By: _____  
AMY J. WEINBLATT  
Senior Counsel