UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ x

LILLIANA MENDOZA-LEBRON, HARVEY MENDOZA, ETHEL OLIPHANT, JIM HAMLIN-MCLEOD, ELVIRA BELTREZ-TAVAREZ, FRANCISCO TAVAREZ, JUNIOR BECKFORD,

                                              Plaintiffs,

vs.

ERIC ADAMS, IN HIS CAPACITY AS MAYOR OF THE CITY OF NEW YORK, ROHIT T. AGGARWALA, IN HIS CAPACITY AS COMMISSIONER OF THE NYC DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND NEW YORK CITY WATER BOARD,

                                              Defendants
------------------------------------------------------------------------------ x

**DECLARATION OF AMY WEINBLATT**

24-CV-5154 (HG)

       **AMY WEINBLATT** declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.    I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, attorney for Defendants Eric Adams as Mayor of the City of New York, Rohit T. Aggarwala as Commissioner of the New York City Department of Environmental Protection ("DEP"), and the New York City Water Board ("Water Board"). As such, I am familiar with the facts stated below and submit this declaration to place on the record a relevant document in support of defendants' memorandum of law in support of their motion to dismiss the complaint.

       2.    Attached as Exhibit A is a true and correct copy of a notice sent to plaintiff Lilliana Mendoza-Lebron.

       3.    I have been informed by DEP employees that balances for their water and wastewater accounts for each of the plaintiffs as of November 20, 2024 are as follows:

      a.      Lilliana Mendoza-Lebron and Harvey Lebron, 25-18 Curtis Street, East Elmhurst, New York: $26,359.27.

      b.      Ethel Oliphant, 122 Marcus Garvey Boulevard, Brooklyn, New York: $27,928.71 (a payment of $5,700.00 was received on November 13, 2023, a payment of $700.00 was received on April 26, 2024, and a payment of $2,850 was received on May 3, 2024).

      c.      Elvira Beltrez-Tavarez and Francisco Tavarez, 2439 89th Street, East Elmhurst, New York: $2,308.33 (a payment of $58,018.10 was received on May 8, 2024 and a payment of $170.00 was received on November 7, 2024).

      d.      Junior Beckford, 1602 East 49th Street, Brooklyn, New York: $40,180.26.

      e.      Jim Hamlin-McLeod, 110 Hampton Green, Staten Island, New York: $42,883.06 (a payment of $3,000.00 was received on June 5, 2024).

      4.      I have been informed by DEP employees that DEP, acting as agent for the Water Board, has approximately 800,000 separate water and wastewater accounts, including residential and commercial accounts.

Dated:      New York, New York  
                November 21, 2024

                                                                  /s/  
                                                          AMY J. WEINBLATT  
                                                         Assistant Corporation Counsel