

**NYC Environmental Protection**

LILIANA MENDOZA-LEBRON
25-18 CURTIS STREET
EAST ELMHURST NY 11369

Service Address: 25-18 CURTIS STREET
Block: 1654   Lot: 36
Account Number: 3000557192001

# WATER SHUTOFF NOTICE

## WATER SERVICE TO THIS PROPERTY WILL BE SHUT OFF UNLESS YOU RESOLVE YOUR TOTAL ACCOUNT BALANCE BY June 25, 2024

As of **June 11, 2024**, water and wastewater charges totaling **$25,461.07** have not been paid and you have been delinquent for more than a year. Water service to this property will be shut off on or after **June 26, 2024** unless you pay the entire amount of **$25,461.07** or enter into a payment agreement with the Water Board by **June 25, 2024**. If you have already made payment, please disregard this notice.

If your water is shut off, you will need to pay your entire account balance or enter a payment agreement, plus a $1,000 termination fee, for DEP to restore your water service.

> You may pay online at nyc.gov/dep; by mail to DEP at 59-17 Junction Blvd., Flushing, NY 11373; or by calling 1-866-622-8292. Convenience fees apply to credit/debit card payments, but no fee is charged by the Water Board if you pay by checking or savings account. Any payment by check/draft that is subsequently dishonored subjects you to Service Termination without further notice. DEP strongly recommends you pay online, by phone, or in person at a borough office if you will be paying on or after June 25, 2024.

If you believe that the amount of your bill is wrong, you can send a written complaint to NYC Water Board at 59-17 Junction Boulevard, 8th Floor, Flushing, NY 11373 or by email to nycwaterboard@dep.nyc.gov. The Water Board must receive your written complaint by **June 21, 2024**. The submission must identify the property and why you believe the charges are incorrect, including a return mail address, phone number and email address, if available. If you are not the owner of premises, you must include a letter from the owner authorizing your filing of this complaint.

You may be eligible to stop the water shut off if you have a significant medical condition, are 62 years of age or older, disabled, or have children under 6 years of age living in the household.

To claim an eligible exemption or enter into a payment agreement contact DEP's Collections Unit at 718-595-7890 Monday to Friday from 9AM and 5PM. For more information about paying your account balance, visit our website at nyc.gov/dep. If payment is not made in full, any payment agreement with the Water Board must be entered into by **June 25, 2024** and include a qualifying down payment of at least 25% of the $25,461.07. Upon payment of account balance or execution of a payment agreement, you must call 718-595-7890 to request that DEP restore your service.

## WARNING:

Service Termination may subject you to Department of Building Code Violations, Fire Department Violations, Department of Health Violations, and possibly an Order to Vacate the Premises. Service Termination may also affect your insurance policy and/or mortgage – please be sure to check with your insurance carrier and mortgage service. Loss of water could affect your heating system. Consult whoever maintains your boiler/furnace as to whether you must take any special actions because there is no water and how to restart the boiler/furnace when the water is turned on.

---

[Translations of the above notice in Arabic, Bengali, Chinese, French, Haitian Creole, Korean, Polish, Russian, Spanish, Urdu, and Yiddish.]